```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 57161
   RUBBIE M THOMPSON
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-0632

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 12/22/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/04/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED             99.63             .00             .00
TRIAD FINANCIAL CORP      SECURED             13710.00        1812.55         6569.30
TRIAD FINANCIAL CORP      UNSECURED           4309.94             .00             .00
ACTION CARD VISA PLATINU  UNSECURED           1249.25             .00             .00
AT & T BANKRUPCTY         UNSECURED          NOT FILED            .00             .00
BANKFIRST                 UNSECURED          NOT FILED            .00             .00
AT & T WIRELESS           UNSECURED          NOT FILED            .00             .00
COMMONWEALTH EDISON       UNSECURED          NOT FILED            .00             .00
DISCOVER FINANCIAL SERVI  UNSECURED           4972.18             .00             .00
EVERGREEN EMERGENCY SERV  UNSECURED          NOT FILED            .00             .00
ECAST SETTLEMENT CORP     UNSECURED           1044.54             .00             .00
LITILE COMPANY OF MARY H  UNSECURED          NOT FILED            .00             .00
ECAST SETTLEMENT CORP     UNSECURED           3223.45             .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED          NOT FILED            .00             .00
WAL MART STORES INC       UNSECURED          NOT FILED            .00             .00
HSBC AUTO FINANCE         UNSECURED           9606.90             .00             .00
WELLS FARGO AUTO FINANCE  SECURED NOT I          .00              .00             .00
NICOLE LAWSON             DEBTOR ATTY        1,800.00                        1,800.00
TOM VAUGHN                TRUSTEE                                              618.15
DEBTOR REFUND             REFUND                                               650.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                   RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE           11,450.00

PRIORITY                                   .00
SECURED                               6,569.30
    INTEREST                          1,812.55
UNSECURED                                  .00
ADMINISTRATIVE                        1,800.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 57161 RUBBIE M THOMPSON

```
TRUSTEE COMPENSATION                                          618.15
DEBTOR REFUND                                                 650.00
                                       ----------------  ----------------
TOTALS                                       11,450.00         11,450.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 01/28/08             _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE